UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

City of St. Paul,

Defendant.

MEMORANDUM OPINION
AND ORDER
Civil No. ~~99-1~~258 (MJD/JGL)
00-258 MJD/JGL

---

Gregory G. Brooker, Assistant United States Attorney for and on behalf of Plaintiff the United States of America.

Meghan L. Riley, Assistant City Attorney for and on behalf of Defendant City of St. Paul.

---

This matter is before the Court upon the motion of Plaintiff the United States of America for a temporary restraining order, enjoining the Defendant City of St. Paul ("St. Paul") from demolishing property owned by the U.S. Department of Housing and Urban Development ("HUD") located at 1328 Minnehaha Avenue West in St. Paul.

Standard

Rule 65(b) of the Federal Rules of Civil Procedure provide that a temporary restraining order may be granted only if "it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or that party's attorney can be heard in opposition . . . "

FILED FEB 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

The United States argues that it will suffer immediate and irreparable harm if the above described home is demolished before a hearing can be held on the United States' motion for a preliminary injunction.

The Court finds that demolition of the above property constitutes irreparable injury, warranting a temporary injunction. See, Save the Courthouse Committee v. Lynn, 408 F. Supp. 1323, 1343 (S.D.N.Y. 1975); see also, Watch v. Harris, 603 F.2d 310, 312 n. 2 (2nd Cir. 1979).

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's motion for a temporary restraining order is GRANTED.
2. Defendant City of St. Paul is enjoined and restrained from authorizing any person or agency to:

   Demolish the home and garage owned by the U.S. Department of Housing and Urban Development at 1328 Minnehaha Avenue West in the city of St. Paul, Minnesota.

3. Plaintiff is not required to post a bond or other security.
4. Issuing this Order does not harm Defendant pending a final decision by this Court on Plaintiff's motion for a permanent injunction regarding the demolition of the house and garage at 1328 Minnehaha Avenue West.

5. The parties agree that the temporary restraining order issued herein will remain in effect until such time as the Court issues its ruling on the merits of the claims presented in the Plaintiff's Complaint

Date: 2-14-2000

Michael J. Davis

Michael J. Davis
United States District Court