# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Case No. Civil 00-258 MJD/JGL
**JUDGMENT IN A CIVIL CASE**

v.

The City of Saint Paul

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

HUD's motion for summary judgment is granted in its entirety. The Secretary of the U.S. Housing & Urban Development ("HUD") or any agent, officer, or employee of HUD is immune from the application of defendant City of St. Paul's Nuisance Abatement Ordinance, Chapter 45 of the St. Paul Legislative Code ( Chapter 45"), to HUD-acquired homes located in St. Paul and that federal law preempts and makes invalid Chapter 45 as it has been or may be applied to HUD. Defendant City of St. Paul is permanently enjoined from 1) ordering the Secretary of HUD or any other agent, officer, or employee of HUD in the future to abate any nuisance conditions that the City has identified in any property owned by HUD; 2) demolishing as a nuisance building any structure located on a property owned by the Secretary of HUD; or 3) taking any other action inconsistent with this order, including any mandatory inspections that would hinder the use or transfer of HUD-owned properties. The City of Saint Paul's motion for summary judgment is denied.

DATE: May 1, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

27